# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMSON PENN LITTLE,<br>    Plaintiff(s),<br>v.<br>TIERRRA LAYNE BAER-WARNDAHL, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-01964-APG-NJK<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case in this Court. Docket No. 1. The check Plaintiff submitted to pay the filing fee was written on a closed account; therefore, Plaintiff has not paid the required filing fee in the instant case. Docket No. 4. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*.

2. The Clerk's Office shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, the document entitled "Information and Instructions" for filing an *in forma pauperis* application, and a copy of the Clerk's Office notice at Docket No. 4.

3. Plaintiff must comply with this order no later than December 2, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: November 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1