CONNELL LAW
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89119
(702) 266-6355; Fax: (702) 829-5930
cconnell@connelllaw.com
*Attorney for Defendants Tierra Layne Baer-Warndahl and Wesley Day, M.D.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMSON PENN LITTLE,<br><br>Plaintiff,<br><br>v.<br><br>TIERRA LAYNE BAER-WARNDAHL, an individual; WESLEY DAY, M.D., an individual<br><br>Defendants. | Case No.:  2:20-cv-01964-APG-NJK<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6) AND FOR LACK OF PERSONAL JURISDICTION OF DEFENDANT WESLEY DAY, M.D. UNDER RULE 12(B)(2).** |

COMES NOW, Defendants Tierra Layne Baer-Warndahl and Wesley Day, M.D. by and through their attorney of record Christopher S. Connell, Esq. of CONNELL LAW, and hereby submits this Notice of Non-Opposition to Defendants' Motion to Dismiss pursuant to 12(b)(2) and 12(b)(6).

At present, Plaintiff Williamson Penn Little ("Little") has offered no opposition to the Defendants' Motion to Dismiss as required under the Local Rules of Practice for the United States District Court, District of Nevada. Local Rule 7-2(b) states that:

> "[F]or all other motions[1], the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion.."

LR 7-2(b). Here, the Motion to Dismiss was filed and served on Plaintiff Little on November 16, 2020, which is more than 14 days from the date of this Notice. As

---

[1] LR 7-2 reads in full as follows: Unless the court orders otherwise, the time for filing a motion for summary judgment is governed by Fed. R. Civ. P. 56(b). The deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion. The deadline to file and serve any reply in support of the motion is 14 days after service of the response. For all other motions, the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion. The deadline to file and serve any reply in support of the motion is seven days after service of the response. Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged.

such, the opposition to the Defendants' Motion to Dismiss was due no later than November 30, 2020.

Under the Local Rules and 9th Circuit law, a party's failure to timely oppose a motion constitutes the non-moving party's consent to granting of the motion. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979); *Righthaven LLC v. Newman*, Case No. 2:10-cv-01762, 2011 U.S. Dist. LEXIS 80518 (D. Nev. July 22, 2011) (granting motion to dismiss due to plaintiff's failure, by a matter of mere hours, to timely respond), aff'd on mtn. to reconsider, 2011 U.S. Dist. LEXIS 109327 (D. Nev. Sept. 23, 2011) "this failure to oppose Plaintiff's Motion means [the non-moving party] may be deemed to consent to the granting … of the motion." For the above reasons, the Defendants respectfully request that this Court consider the Motion to Dismiss to be consented to and for the Court to grant it.

DATED this 9th day of December, 2020.

CONNELL LAW

/s/ *Christopher S. Connell*
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89119
(702) 266-6355; Fax: (702) 829-5930
cconnell@connelllaw.com
*Attorney for Defendant Tierra Layne Baer-Warndahl and Wesley Day, M.D.*

# CERTIFICATE OF SERVICE

I hereby certify, that service of the foregoing NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6) AND FOR LACK OF PERSONAL JURISDICTION OF DEFENDANT WESLEY DAY, M.D. UNDER RULE 12(B)(2) was made this 9th day of December, 2020 upon the following Plaintiff, Pro Se via the Court's electronic filing and service system:

> Williamson Penn Little
> The Bar Nothin' Company LLC
> 2100 West Madison Street Suite 2100
> Chicago, Illinois 60606
> Email: p@pennlittle.com
> Plaintiff, Pro Se

                /s/ Mary Rodriguez
                An Employee of CONNELL LAW