CONNELL LAW
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89119
(702) 266-6355; Fax: (702) 829-5930
cconnell@connelllaw.com
*Attorney for Defendants Tierra Layne Baer-Warndahl and Wesley Day, M.D.*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMSON PENN LITTLE,<br><br>        Plaintiff,<br><br>v.<br><br>TIERRA LAYNE BAER-WARNDAHL, an individual; WESLEY DAY, M.D., an individual<br><br>        Defendants. | Case No.: 2:20-cv-01964-APG-NJK |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE
### DEFENDANT, WESLEY DAY, M.D.

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Pro Se, Williamson Penn Little and Christopher S. Connell, Esq., counsel for the Defendants, to Dismiss with Prejudice, Defendant, Wesley Day, M.D.

DATED this  28th   day of December, 2020

CONNELL LAW

/s/ Christopher S. Connell
_____
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89119
(702) 266-6355; Fax: (702) 829-5930
cconnell@connelllaw.com
*Attorney for Defendant Tierra Layne Baer-Warndahl and Wesley Day, M.D.*

/s/ Williamson Penn Little
_____
Williamson Penn Little
The Bar Nothin' Company LLC
2100 West Madison Street Suite 2100
Chicago, Illinois 60606
Email: p@pennlittle.com
Plaintiff, Pro Se

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Pro Se, Williamson Penn Little and Christopher S. Connell, Esq., counsel for the Defendants, to Dismiss with Prejudice, Defendant, Wesley Day, M.D.

IT IS SO ORDERED:

Dated:   December 28, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE