# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMSON PENN LITTLE,<br><br>　　　Plaintiff<br><br>v.<br><br>TIERRA LAYNE BAER-WARNDAHL, an individual; WESLEY DAY, M.D., an individual,<br><br>　　　Defendants | Case No.: 2:20-cv-01964-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 27] |

The plaintiff's motion for extension of time **(ECF No. 27) is GRANTED.** The deadline for plaintiff to file a response to the pending motion to dismiss is extended to January 6, 2021.

DATED this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE